B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Pennsylvania

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FLABEG Solar US Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-3070674** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2201 Sweeney Drive**<br>**Clinton, PA**<br>ZIP Code **15026** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Allegheny** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                     Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**FLABEG Solar US Corporation**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Western District of Pennsylvania | 13-21415 | 4/02/13 |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **FLABEG Solar US Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Robert O Lampl**
Signature of Attorney for Debtor(s)

**Robert O Lampl 19809**
Printed Name of Attorney for Debtor(s)

**Robert O Lampl, Attorney at Law**
Firm Name

**960 Penn Avenue, Suite 1200**
**Pittsburgh, PA 15222**
Address

**412-392-0330  Fax: 412-392-0335**
Telephone Number

**August 9, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William Otto**
Signature of Authorized Individual

**William Otto**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 9, 2013**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **FLABEG Solar US Corporation** 　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ADP Payroll Processing<br>1125 VIrginia Drive<br>Fort Washington, PA 19034 | ADP Payroll Processing<br>1125 VIrginia Drive<br>Fort Washington, PA 19034 | | | 27,002.94 |
| CBS Personnel Services, LLC<br>Location 0464<br>Cincinnati, OH 45264 | CBS Personnel Services, LLC<br>Location 0464<br>Cincinnati, OH 45264 | | | 26,165.98 |
| Cobra Thermosolar Plants<br>7380 West Sahara, Suite 160<br>Las Vegas, NV 89117 | Cobra Thermosolar Plants<br>7380 West Sahara, Suite 160<br>Las Vegas, NV 89117 | | Disputed | 2,981,598.13 |
| Columbia Gas<br>PO Box 742537<br>Cincinnati, OH 45274-2537 | Columbia Gas<br>PO Box 742537<br>Cincinnati, OH 45274-2537 | | | 22,566.58 |
| Duquesne Light<br>411 Seventh Avenue<br>P.O. Box 1930<br>Pittsburgh, PA 15230 | Duquesne Light<br>411 Seventh Avenue<br>P.O. Box 1930<br>Pittsburgh, PA 15230 | | | 294,353.21 |
| Findlay Twp. Municipal, Water<br>PO BOx 435<br>Clinton, PA 15026 | Findlay Twp. Municipal, Water<br>PO BOx 435<br>Clinton, PA 15026 | | | 28,450.07 |
| FLABEG GmbH<br>Glaserstrasse 1<br>Furth im Wald Germany 93437 | FLABEG GmbH<br>Glaserstrasse 1 | | | 821,073.04 |
| FLABEG US Holding, Inc.<br>COrporate Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | FLABEG US Holding, Inc.<br>COrporate Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | | Disputed | 67,950,345.50 |
| GTD Logistics<br>PO Box 427<br>Bayville, NJ 08721 | GTD Logistics<br>PO Box 427<br>Bayville, NJ 08721 | | | 28,975.00 |
| Langford DE Kock LLP<br>225 Peachtree Street NE<br>Atlanta, GA 30303 | Langford DE Kock LLP<br>225 Peachtree Street NE<br>Atlanta, GA 30303 | | | 19,299.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **FLABEG Solar US Corporation**                                  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MACH 1 GLobal Services, Inc. 1530 W. Broadway Road Tempe, AZ 85282 | MACH 1 GLobal Services, Inc. 1530 W. Broadway Road Tempe, AZ 85282 | | | 2,764,416.15 |
| Mason Corporation 1049 US Highway 41 Schererville, IN 46375 | Mason Corporation 1049 US Highway 41 Schererville, IN 46375 | | | 6,586.00 |
| Mathur Law LLC 651 Holiday Drive, Suite 300 Pittsburgh, PA 15220 | Mathur Law LLC 651 Holiday Drive, Suite 300 Pittsburgh, PA 15220 | | | 4,345.00 |
| North American Hogans 111 Hoganas Way Hollsopple, PA 15935 | North American Hogans 111 Hoganas Way Hollsopple, PA 15935 | | | 5,122.00 |
| PA Dept of Community and Economic Development Commonwealth Keystone Buildi 400 North Street, 4th floor Harrisburg, PA 17120 | PA Dept of Community and Economic Development Commonwealth Keystone Buildi 400 North Street, 4th floor Harrisburg, PA 17120 | | | 1,000,000.00 |
| PPG Industries, Inc. 400 Guy Run Road Cheswick, PA 15024 | PPG Industries, Inc. 400 Guy Run Road Cheswick, PA 15024 | | | 976,063.22 |
| PrimeNA Technologies 2350 114 Street Grand Prairie, TX 75050 | PrimeNA Technologies 2350 114 Street Grand Prairie, TX 75050 | | | 526,240.12 |
| Stone's Edge Landscaping PO BOx 601 Carnegie, PA 15106 | Stone's Edge Landscaping PO BOx 601 Carnegie, PA 15106 | | | 5,175.00 |
| Tradewinds Construction 343 Munson Avenue Mc Kees Rocks, PA 15136 | Tradewinds Construction 343 Munson Avenue Mc Kees Rocks, PA 15136 | | | 233,512.17 |
| WW Grainger Inc. Attn: SPecial Collection Dept. MES17877098889 7300 N. Melvina Niles, IL 60714 | WW Grainger Inc. Attn: SPecial Collection Dept. MES17877098889 Niles, IL 60714 | | | 8,046.63 |

B4 (Official Form 4) (12/07) - Cont.

In re   **FLABEG Solar US Corporation**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 9, 2013**         Signature  **/s/ William Otto**  
                                           **William Otto**  
                                           **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ADP Payroll Processing
1125 VIrginia Drive
Fort Washington, PA 19034

CBS Personnel Services, LLC
Location 0464
Cincinnati, OH 45264

Cobra Thermosolar Plants
7380 West Sahara, Suite 160
Las Vegas, NV 89117

Columbia Gas
PO Box 742537
Cincinnati, OH 45274-2537

Duquesne Light
411 Seventh Avenue
P.O. Box 1930
Pittsburgh, PA 15230

Findlay Twp. Municipal, Water
PO BOx 435
Clinton, PA 15026

FLABEG GmbH
Glaserstrasse 1
Furth im Wald Germany 93437

FLABEG US Holding, Inc.
COrporate Trust Center
1209 Orange Street
Wilmington, DE 19801

GTD Logistics
PO Box 427
Bayville, NJ 08721

Langford DE Kock LLP
225 Peachtree Street NE
Atlanta, GA 30303

MACH 1 GLobal Services, Inc.
1530 W. Broadway Road
Tempe, AZ 85282

Mason Corporation
1049 US Highway 41
Schererville, IN 46375

Mathur Law LLC
651 Holiday Drive, Suite 300
Pittsburgh, PA 15220

North American Hogans
111 Hoganas Way
Hollsopple, PA 15935

PA Dept of Community and Economic
Development Commonwealth Keystone Buildi
400 North Street, 4th floor
Harrisburg, PA 17120

PPG Industries, Inc.
400 Guy Run Road
Cheswick, PA 15024

PrimeNA Technologies
2350 114 Street
Grand Prairie, TX 75050

Stone's Edge Landscaping
PO BOx 601
Carnegie, PA 15106

Tradewinds Construction
343 Munson Avenue
Mc Kees Rocks, PA 15136

WW Grainger Inc.
Attn: SPecial Collection Dept.
MES17877098889
7300 N. Melvina
Niles, IL 60714