## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**FLABEG SOLAR US CORPORATION,**          **Bankruptcy No. 13-23353-CMB**

          **Debtor.**          **Chapter 11**

**FLABEG SOLAR US CORPORATION,**          **Document No.**

          **Movant,**          **Related to Doc. No. 1**

    **vs.**

**NO RESPONDENTS.**

### ORDER OF COURT

Upon consideration of the Debtor's oral Motion made in open Court on August 9, 2013 at the hearing regarding the Involuntary Petition in Bankruptcy Case No. 13-21415-CMB *(see Document No. 51 therein),* it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that Chapter 11 Case No. 13-23353-CMB filed on August 9, 2013 be, and hereby is, **DISMISSED** as a result of the Involuntary Chapter 7 Case No. 13-21415-CMB being converted to a Case under Chapter 11.

Date:_____          _____
                                   Carlota M. Bohm
                                   United States Bankruptcy Court Judge